## EX PARTE MEEARS.

WHERE IT APPEARS TO THE COURT TO WHICH APPLICATION FOR A WRIT OF HABEAS CORPUS has been made that the writ has been applied for to have determined an abstract question of law merely, and not to relieve against an unlawful imprisonment, the writ will be dismissed, even though it appears by the record that the petitioner is in custody.

PETITION to the supreme court for a writ of *habeas corpus*, which was issued. The return showed that petitioner was in custody under a conviction for the violation of an ordinance of Salt Lake City.

The COURT:

It having come to the knowledge of the court since the argument and submission of this matter that the applicant, Meears, was not in fact restrained of his liberty, but made this application to test the validity of a city ordinance merely, it is therefore ordered that the writ and this proceeding be and they are hereby dismissed.